UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:16-CR-75-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| NATHAN WASHINGTON, JR. | ) | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 35 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of this Order to the United States Attorney's Office.

IT IS SO ORDERED, this the __14th__ day of __August__, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge